KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHANNON THOMPSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 1:14-CV-01100-JLT<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's confidential memo brief.

　　　Counsel for the Plaintiff was unwell and unable to complete the briefing. As a result, counsel for Plaintiff requires additional time to draft the confidential memo Brief. Plaintiff requests a 30-day extension of time per the scheduling order to February 12, 2015.

Page 1　　MOTION
　　　　　[1:14-CV-01100-JLT]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated February 4, 2015:	/s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968
Attorney for Plaintiff

Dated February 5, 2015:	s/ KELSEY M. BROWN for Jeffery Chen
JEFFERY CHEN
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on February 12, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:   **February 6, 2015**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Page 2   MOTION
[1:14-CV-01100-JLT]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968