1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON THOMPSON, | Case No.: 1:14-cv-01100 - JLT |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES AND EXPENSES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 23) |
| Defendant. | |

Plaintiff Shannon Thompson filed a motion for an award attorneys fees and expenses under the Equal Access to Justice Act on January 27, 2016.  (Doc. 23)  To date, Defendant Carolyn Colvin, Acting Commissioner of Social Security, has not responded to the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.     Defendant **SHALL** file a response to the motion, whether a notice of non-opposition or an opposition, no later than **March 21, 2016**.

2.     Any reply by Plaintiff **SHALL** be filed no later than **March 28, 2016**.

IT IS SO ORDERED.

Dated:   **March 10, 2016**          _____**/s/ Jennifer L. Thurston**_____
                                                         UNITED STATES MAGISTRATE JUDGE