UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14-cv-01100  JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANT'S FAILURE TO COMPLY WITH THE COURT'S ORDER |

      Plaintiff Shannon Thompson filed a motion for an award of attorneys' fees and expenses under the Equal Access to Justice Act after the Court remanded the matter pursuant to sentence four of 42 U.S.C. §405(g).  (Doc. 23)  On March 10, 2016, the Court ordered Defendant to "file a response to the motion, whether a notice of non-opposition or an opposition, no later than **March 21, 2016**."  (Doc. 24 at 1, emphasis in original)  To date, Defendant has failed to comply with the Court's order.  Notably, Local Rule 230 also requires a responding party to file either an opposition or a notice of non-opposition to motions before the Court.

      The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Local Rule 110.  "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions.  *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may issue

sanctions, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.  *See*, *e.g*. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (sanctions for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (same) *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (sanctions for failure to comply with local rules).

Accordingly, within 14 days the Court **ORDERS** Defendant to show cause in writing why sanctions should not be imposed for the failure to comply with the Court's order and Local Rule 230. Alternatively, within 14 days, Defendant may file an opposition or statement of non-opposition to Plaintiff's motion for fees and expenses.

IT IS SO ORDERED.

Dated:     **April 1, 2016**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE