UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01100 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 1, 2016 |

　　　On April 1, 2016, the Court ordered Defendant to show cause in writing why sanctions should not be imposed for failure to comply with to the Court's order or to respond to the respond to the motion for attorney fees filed by Plaintiff. (Doc. 25)  On April 12, 2006, Defendant filed a response to the motion, in compliance with the Court's order. (Doc. 26)

　　　Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause dated April 1, 2016 (Doc. 25) is **DISCHARGED**.

IT IS SO ORDERED.

　Dated:　**April 12, 2016**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1