UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01100 – JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On April 12, 2016, Plaintiff Shannon Thompson and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d).  (Doc. 25)

Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, fees in the amount of $5,900.00 is **AWARDED** to Plaintiff, Shannon Thompson; and

2. Plaintiff's motion for attorney fees (Doc. 23) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   **April 12, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1